IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| James Brown, Jr.<br>Plaintiff | : No. 1:13-CV-00975<br>: (Complaint filed 04/16/2013)<br>:<br>: (Chief Judge Yvette Kane) |
| v. | : (Magistrate Judge Blewitt)<br>: JURY TRIAL DEMANDED |
| Warden Daniel Keen; Franklin County; Commissioner Robert L. Thomas; Chairman David S. Keller; Commissioner Robert G. Ziobrowski; Franklin County Board of Commissioners; John Doe 1 through 10<br>Defendants | :<br>:<br>:<br>:<br>:<br>: (Electronically Filed) |

**ORDER**

AND NOW, THIS 14th day of March, 2014, upon consideration of Defendants' Motion for Leave to Depose a Prisoner Pursuant to Rule 30(a), Federal Rules of Civil Procedure, said Motion is HEREBY GRANTED. Defendants may take the deposition of the Plaintiff, James Brown, Jr., at a time and place subject to the approval of the Superintendent or other appropriate official at his present place of incarceration.

BY THE COURT:

Hon. Thomas M. Blewitt
United States Magistrate Judge

FILED
SCRANTON
MAR 14 2014
PER_____
DEPUTY CLERK